■ In the Matter of DAVID G. BONIELLO, Appellant, v NIAGARA COUNTY BOARD OF ELECTIONS et al., Respondents. (Appeal No. 2.) [14 NYS3d 924]—Appeal from an order of the Supreme Court, Niagara County (Mark Montour, J.), entered August 14, 2015 in a proceeding pursuant to Election Law article 16. The order, insofar as appealed from, denied and dismissed the petition and directed that the name of petitioner shall not be placed on the Republican Party primary ballot for the office of Niagara Falls City Court Judge.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Boniello v Niagara County Bd. of Elections* ([appeal No. 1] 131 AD3d 806 [2015]). Present—Scudder, P.J., Lindley, Sconiers, Valentino and DeJoseph, JJ.

■ In the Matter of WOMEN'S CENTER FOR BREAST HEALTH, Respondent, v ASSESSOR, TOWN OF AMHERST, et al., Respondents, and AMHERST CENTRAL SCHOOL DISTRICT, Intervenor-Appellant. [14 NYS3d 925]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered December 3, 2013 in a proceeding pursuant to RPTL article 7. The order, inter alia, denied the motion of the Amherst Central School District to dismiss the petition.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on July 15, 2015,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Centra, Lindley, Sconiers and DeJoseph, JJ.